UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH M. SKEENS,<br><br>    Plaintiff,<br><br>  v.<br><br>CONNIE J. ERNST, individually, as Agent on behalf of Stella M. Hill, and as the Trustee of the Stella M. Hill Trust dated September 22, 2006; ROBERT HICKMAN; JOHN HICKMAN; RANDY EUGENE ERNST; and TINA MARIE LUKEFAHR,<br><br>    Defendants. | Case No. 20-cv-418-GCS-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion for default judgment against defendants Robert Hickman and John Hickman filed by plaintiff Elizabeth M. Skeens (Doc. 115). Skeens filed this lawsuit in May 2020 seeking, among other things, to have trust assets accounted for and distributed appropriately to Skeens and other trust beneficiaries after the grantor's death. Robert Hickman and John Hickman, trust beneficiaries, were sued as nominal defendants and interested parties; Skeens seeks no relief from those defendants other than to be bound by any judgment.

Robert Hickman and John Hickman were served with process on June 22, 2020 (Docs. 11 & 12). They were also served with the Second Amended Complaint on September 5, 2022 (Docs. 107 & 108). Neither responded in a timely manner, so the Clerk of Court entered default against them on October 4, 2022 (Doc. 111). Skeen now asks for entry of default judgment (Doc. 115).

It appearing that Skeens has satisfied the requirements of Federal Rule of Civil Procedure

55(b)(2) and Local Rule 55.1 for entry of default judgment against Robert Hickman and John Hickman, the Court **GRANTS** the motion (Doc 115) and **DIRECTS** the Clerk of Court to enter default judgment against Robert Hickman and John Hickman at the close of the case.  Robert Hickman and John Hickman will be bound by any judgment entered in this case.

All matters referred for decision having been resolved, the Court **DIRECTS** the Clerk of Court to **TERMINATE** the referral to the undersigned judge.

**IT IS SO ORDERED.**
**DATED:  February 10, 2023**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
